HEATHER E. WILLIAMS, SBN 122664
Federal Defender
Meghan D. McLoughlin, SBN 354051
Assistant Federal Defender
801 I Street, Third Floor
Sacramento, CA 95814
T: (916) 498-5700

Attorney for Defendant
MARCUS MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No.  2:24-MJ-00080-AC |
|---|---|---|
| Plaintiff, | ) ) ) | **[PROPOSED] ORDER FOR TRANSPORTATION PURSUANT TO 18 U.S.C. § 4285** |
| vs. | ) ) |  |
| MARCUS MARTINEZ, | ) ) | Judge: Hon. Allison Claire |
| Defendant. | ) |  |

**TO:   THE UNITED STATES MARSHALS SERVICE ("USMS")**

To enable defendant Marcus Martinez to attend his July 9, 2024 initial appearance hearing in the Tucson Division of the United States District Court for the District of Arizona, and as authorized pursuant to 18 U.S.C. §4285:

IT IS HEREBY ORDERED that the USMS pay defendant Marcus Martinez's transportation expenses from Marysville, California to Tucson, Arizona; this travel will occur sometime between Sunday July 7, 2024 and Tuesday, July 9, 2024.

IT IS HEREBY FURTHER ORDERED that the USMS pay for defendant Marcus Martinez's subsistence expenses to Tucson, Arizona, not to exceed the amount authorized as a per diem allowance for travel under 5 U.S.C. § 5702(a).

Dated: June 27, 2024

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE